IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUMAR D. SIMS,                    )
                                  )
            Petitioner,           )
                                  )
v.                                )          CASE NO. 3:16-CV-959-WKW
                                  )                    [WO]
SGT. MILLER, *et al.*,            )
                                  )
            Respondents.          )

## <u>ORDER</u>

On July 27, 2017, the Magistrate Judge filed a Recommendation (Doc. # 32) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1.    The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED;

2.    This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action;

A final judgment will be entered separately.

DONE this 17th day of August, 2017.

                                    /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE